# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

REYES FLORES, and
PAT FLORES,

      Plaintiffs,

vs.                                                      1:18-cv-00402-KWR-JFR

CITY OF FARMINGTON,
STEVEN HEBBE, NICK BLOOMFIELD,
MATTHEW VEITH, TOM SWENK, and
TAFT TRACY, *all in their individual capacities*,

      Defendants.

## ORDER FOR CLARIFICATION FROM PLAINTIFF PAT FLORES

      **THIS MATTER** comes before the Court *sua sponte*. Plaintiff Pat Flores opposed a motion for judgment on the pleadings on his Title VII claims. *See* **Doc. 90.** Subsequently, Defendants represented in summary judgment briefing that Plaintiff's counsel clarified that Plaintiff Pat Flores does not bring any Title VII claims under Counts V, VI, and VII. **Doc. 108 at 1.** Plaintiff Pat Flores did not respond to this representation in his response but also did not oppose summary judgment of the Title VII claims. *See* **Doc. 119.**

      Plaintiff Pat Flores is hereby ordered to file a notice clarifying whether he asserts any Title VII claims under Counts V, VI, and VII **within seven (7) days of the entry of this order.**

      **IT IS SO ORDERED.**

                                                    **KEA W. RIGGS**
                                                  **UNITED STATES DISTRICT JUDGE**